In the Matter of GEORGE STOEHRER, Appellant, v. TEMPORARY STATE HOUSING RENT COMMISSION, Respondent.— Motion by appellant for reargument

or for leave to appeal to the Court of Appeals and for other relief, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.